UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

JAMES D. BACHUS and BARBARA BACHUS,

           Plaintiff,

vs.                                  CIVIL NO.  1:09-cv-843 (GTS/RFT)

SCHENECTADY CITY SCHOOL DISTRICT,
MICHAEL STRICOS and STEPHEN RAUCCI,

           Defendants.

---

<u>Appearances</u>:                                      <u>Of Counsel</u>:

<u>For Plaintiff</u>:

Town, Ryan Law Firm                        Elena DeFio Kean, Esq.
450 New Karner Road                      James T. Towne, Jr.
PO Box 15072
Albany, NY 12205

Smith, Hoke Law Firm                       John J. Hoke, Esq.
18 Corporate Woods Boulevard, Suite 202
Albany, NY 12211

<u>For Defendants</u>:

Girvin, Ferlazzo Law Firm                 Patrick J. Fitzgerald, III, Esq.
   *Attorneys for Defendants Schenectady CSD*    Robert F. Manfredo, Esq.
20 Corporate Woods Boulevard, 2nd Floor
Albany, NY 12211

Luibrand Law Firm                         Kevin A. Luibrand, Esq.
   *Attorneys for Defendant Stricos*
950 New Loudon Road
Latham, NY 12110

Stephen Raucci, Defendant
109 Education Drive
Schenectady, NY 12303


GLENN T. SUDDABY, U.S. DISTRICT JUDGE

**JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT**

The Court having been advised by counsel that the parties in this action have entered into an agreement in settlement of all claims in this action, and that they reasonably anticipate finalizing their agreement shortly, following which this action will be discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Counsel has also advised that no infant or incompetent is a party to this action. Based upon this development, I find that it is not necessary for this action to remain on the calendar of the Court. It is therefore hereby

**ORDERED** that this action is **DISMISSED** in its entirety **without prejudice** pursuant to the procedure as set forth in L.R. 68.2(a) of the Local Rules of this court. This judgment is issued without prejudice to the right of the parties to secure reinstatement of the case within ninety (90) days after the date of this judgment by making a showing that the settlement was not, in fact, consummated; and in the event that no request is made for reinstatement within ninety (90) days of the date of this judgment, the dismissal of this case shall thereafter be **with prejudice**.

Dated: July 21, 2011
      Syracuse, New York

_____
Hon. Glenn T. Suddaby
U.S. District Judge